**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>R. HOE & CO., INC.,<br>Defendant. | 20 Misc. 73<br>Civil Action No. 66-289 |

## ORDER TERMINATING FINAL JUDGMENT

WHEREAS, the Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion;

WHEREAS, Federal Rule of Civil Procedure 60(b)(5) provides that "[o]n a motion and just terms, the court may relieve a party . . . from a final judgment . . . [when] applying it prospectively is no longer equitable." Fed. R. Civ. P. 60(b)(5);

WHEREAS, the sole corporate defendant appears to no longer exist based on a search of corporate records with the New York Department of State Division of Corporations and publicly available records. *See* ECF 1-5 ¶¶ 4-6;

WHEREAS, the United States has provided adequate notice to the public regarding its intent to seek termination of the judgment;

WHEREAS, based on the foregoing, the Court deems that terminating the antitrust judgment is consistent with the public interest. *See United States v. Western Elec. Co.*, 993 F.2d 1572, 1577 (D.C. Cir. 1993) (a court "may reject an uncontested termination

only if it has exceptional confidence that adverse antitrust consequences will result"). It is hereby

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

The Clerk of Court is respectfully directed to close this case.

Dated: 2/7/20

Paul A. Engelmayer
United States District Court Judge
Southern District of New York